Decree affirmed.

*W. W. Clark,* for Appellants;

*Blount & Blount & Carter,* for Appellee.

---

D. C. Young, John H. Young, Lizzie Baggett and L. D. Baggett, Plaintiffs in Error, v. Ella Poston and John Poston, Defendants in Error.

Filed February 15, 1916.

Writ of Error to Circuit Court, Santa Rosa County; A. G. Campbell, Judge.

Judgment affirmed.

*J. T. Wiggins* and *F. B. Carter,* for Plaintiffs in Error;

*McGeachy & Lewis,* for Defendants in Error.

---

M. C. Boley, Plaintiff in Error, v. W. J. Forbes, as Trustee in Bankruptcy of the Estate of A. M. McMillan, Bankrupt, Defendant in Error.

Filed February 15, 1916.

Writ of Error to Circuit Court, Escambia County; J. Emmett Wolfe, Judge.

Judgment affirmed.

*Watson & Pasco,* for Plaintiff in Error;

*Blount & Blount & Carter,* for Defendant in Error.

---

Thornton B. Stringfellow, Appellant, v. Emma J. Rice, Appellee.

Filed February 15, 1916.

Appeal from Circuit Court, Alachua County; James T. Wills, Judge.

Decree affirmed.

*W. S. Broome,* for Appellant;

*Hampton & Hampton,* for Appellee.

---

P. Henderson, Appellant, v. Katie Henderson, Appellee.

Filed February 15, 1916.

Appeal from Circuit Court, Taylor County; M. F. Horne, Judge.

Order affirmed.

*Davis & Diamond,* for Appellant;

*W. T. Hendry,* for Appellee.